UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:19-CR-0020-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO UNSEAL** |
| | ) | |
| JIMMY DORSETT SPELLER | ) | |

THIS MATTER AROSE upon the United States' Motion for to Unseal the docket for Jimmy Dorsett Speller. For good cause shown and for the reasons stated in the Government's Motion, the Government's Motion is hereby GRANTED.

This the __30__ day of __December__, 2019.

James C. Dever III
United States District Judge